NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEN NOLEN,**
*Plaintiff-Appellant,*

AND

**SAM G. GIBBS,**
*Plaintiff-Appellant,*

v.

**LUFKIN INDUSTRIES, INC.,** .
*Defendant-Appellee,*

AND

**GARY L. BUSH AND ANDREWS KURTH, LLP,**
*Defendants-Appellees.*

---

2011-1499, -1500, -1522, -1523

---

Appeals from the United States District Court for the Western District of Texas in case no. 10-CV-0048, Senior Judge Harry Lee Hudspeth.

---

## ON MOTION

---

## ORDER

Ken Nolen and Sam G. Gibbs move for a 14-day extension of time, until October 28, 2011 to file their initial briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 13 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Kenneth R. Matticks, Esq.
     Charles C. Aycock, Esq.
     Kenneth E. Carroll, Esq.
     Richard D. Milvenan, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 13 2011

JAN HORBALY
CLERK